# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRISHA MOORE,            )<br>                    Plaintiff,   )<br>                                      )<br>vs.                                 )<br>                                      )<br>MICHAEL J. ASTRUE,          )<br>COMMISSIONER OF             )<br>SOCIAL SECURITY,            )<br>                    Defendant.  )<br>_____) | Case No. 08-4030-JAR |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Donald W. Bostwick, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for an immediate reward of benefits in accordance with the January 13, 2009 Recommendation and Report (Doc. 21).

**IT IS SO ORDERED**.

Dated this 28th day of January 2009.

**Dated: January 28, 2009**

 S/ Julie A. Robinson
**JULIE A. ROBINSON**
**UNITED STATES DISTRICT JUDGE**